```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 17113
   SABRINA LEWIS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3922


--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
   The case was filed on 09/20/2007 and was not confirmed.

   The case was dismissed without confirmation 11/05/2007.
--------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------
ASSET ACCEPTANCE LLC     UNSECURED       137.77           .00            .00
PRO SE DEBTOR            DEBTOR ATTY       .00                           .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     ---------------      ---------------
TOTALS                  .00                    .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 02/26/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE